IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA LAURA JIMENEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>            Defendant. | CASE NO. 1:21-cv-00279-GSA-AWI<br><br>ORDER GRANTING MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT<br><br>(Doc. 13) |

Defendant's motion for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record is granted.

**IT IS SO ORDERED.**

Dated:   **July 30, 2021**              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE

1