# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA LAURA JIMENEZ,<br><br>            Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:21-cv-0279 JLT GSA<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 32) |

Ana Laura Jimenez and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,400.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. §241(d).  (Doc. 32.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $7,400.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:    **December 7, 2023**

UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1